IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID LEE WHITE,   No C-12-1275 TEH (PR)

       Plaintiff,

                                ORDER OF TRANSFER

  v.

STATE OF CALIFORNIA,

       Defendant.

                                  /

        Plaintiff, a state prisoner currently incarcerated at California Medical Facility - Vacaville ("CTF-Vacaville"), has filed a pro se civil rights Complaint under 42 U.S.C. § 1983 alleging that the asbestos level at CTF-Vacaville is in violation of the Clean Air Act ("CAA"), 42 U.S.C. § 7401 et seq.  Doc. #1 at 1.  He also alleges that the asbestos levels at three other California prisons - Deuel Vocational Institution (located in Tracy, California), Correctional Training Facility - Soledad ("CTF-Soledad"), and California Men's Colony (located in San Luis Obispo, California) - are in violation of the Clean Air Act.  Doc. #4 at 1.

        There is no indication that Plaintiff has been housed at

Deuel Vocational Institution, CTF-Soledad or California's Men Colony.  Accordingly, Plaintiff does not have standing to challenge the conditions at those institutions.  See Powers v. Ohio, 499 U.S. 400, 410 (1991); Estate of McKinney, 71 F.3d at 779, 782 n.4 (9th Cir. 1995).  With respect to Plaintiff's allegations regarding conditions at CTF-Vacaville, CTF-Vacaville is located in Solano County, which lies within the venue of the Eastern District of California.  See 28 U.S.C. § 84(b).  Venue therefore properly lies in the Eastern District.  See id. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a) IT IS ORDERED that this action be TRANSFERRED to the United States District Court for the Eastern District of California.

The Clerk shall transfer this matter terminate all pending motions as moot and close the file.

IT IS SO ORDERED.

DATED   *06/06/2012*

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\CR.12\White-12-1275-transfer to caed.wpd